Case: 4:20-cv-01590-NCC   Doc. #: 1   Filed: 11/06/20   Page: 1 of 8 PageID #: 1

RECEIVED
NOV -6 2020
U.S. District Court
Eastern District of MO

FILED
NOV 06 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____8th_____ DIVISION

Afton Detjen  )
  )
  )
  )
Plaintiff(s),  )
  )
v.  )  Case No. _____
  )  (to be assigned by Clerk of District Court)
Thermo Fisher Scientific  )
  )
  )
  )  JURY TRIAL DEMANDED
  )
  )  YES ☑  NO ☐
  )
Defendant(s). (Enter above the full name(s)  )
of all defendants in this lawsuit. Please  )
attach additional sheets if necessary.)  )

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

**☑** Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
**NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
**NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

____ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.
**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

____ Other (Describe)

## PARTIES

2. Plaintiff's name: Afton Detjen

   Plaintiff's address: 7408 Wayne Avenue
   Street address or P.O. Box

   University City/St Louis County/MO/63130
   City/ County/ State/Zip Code

   (314)494-3430
   Area code and telephone number

3. Defendant's name: Thermo Fisher Scientififc

   Defendant's address: 81 Wyman Street
   Street address or P.O. Box

   Waltham/Sussex County/MA/02451
   City/County/State/ Zip Code

   (781)622-1000
   Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

2

4. If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

<u>4766 LaGuardia Drive    St Louis/St Louis County    MO    63134</u>
(Street Address)            (City/County)            (State)   (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

<u>January 2016-Present</u>

## ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

☑ Yes    Date filed: <u>10Aug20</u>

☐ No

7. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☑ Yes    Date filed: <u>10Aug20</u>

☐ No

8. Have you received a Notice of Right-to-Sue Letter?

☑ Yes            ☐ No

If yes, please attach a copy of the letter to this complaint.

9. If you are claiming age discrimination, check one of the following:

_____ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

# NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

✓ failure to hire me

___ termination of my employment

✓ failure to promote me

___ failure to accommodate my disability

___ terms and conditions of my employment differ from those of similar employees

✓ retaliation

___ harassment

___ other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

☑ Yes          ☐ No

11. I believe that I was discriminated against because of my (check all that apply):

✓ race

___ religion

___ national origin

___ color

✓ gender

___ disability

___ age (birth year is: _____)

___ other:

Did you state the same reason(s) in your charge of discrimination?

✓ Yes          ☐ No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

After complaining at the highest levels of Thermo Fisher that I was subject to adverse employer actions due to a covered pregnancy related issue, I have been retaliated against and harassed and the activity continues to date. Each time I engaged in protected activity with the EEOC retaliation ensued. To date I have been denied promotion/transfer internally over 300 times since January 2019. Thermo Fisher management has encouraged their supervisory staff to harass and intimidate me.

(Continue to page 6, if additional space is needed.)

5

This will not be a circumstantial case. I am in possession of several documents to cement my claims. I would like to call about 20 witnesses to testify.

(Attach additional sheets as necessary).

13. The acts set forth in paragraph 12 of this complaint:

[✓] are still being committed by the defendant.

[ ] are no longer being committed by the defendant.

[ ] may still be being committed by the defendant.

### REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

1) Find Thermo Fisher in violation of the Civil Rights Act and document fault/wrongdoing/the negligence

2) Award punitive damages

3) Write an opinion to help other minority women in corporate settings avoid similar treatment by setting legal precedent.

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  05   day of November                , 20 20  .

Signature of Plaintiff   _/s/ (signature)_